IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re DOMINIC D. BROWN,           No. C 12-02804 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      On June 1, 2012, Petitioner, a state prisoner, filed a document entitled, "Request/Motion for Equitable Time Tolling on Habeas Corpus A.E.D.E.P.A. [sic] Deadline and Issue of Mandate," which was opened as habeas corpus action. On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk of the Court sent Petitioner a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed.

      More than thirty days have passed and Petitioner has not paid the filing fee, returned the *in forma pauperis* application or otherwise communicated with the Court.

      IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall enter judgment, terminate all pending motions, and close the file.

      IT IS SO ORDERED.

DATED: July 16, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.12\Brown2804.DISIFP.wpd