UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOMINIC D. BROWN,

    Petitioner,

  v.

ANTHONY HEDGPETH,

    Respondent.

No. C 12-2804 YGR (PR)

**ORDER DENYING MOTION TO REOPEN**

This closed federal habeas corpus action was dismissed without prejudice because petitioner failed to pay the filing fee of $5.00, or file a complete application to proceed *in forma pauperis* ("IFP") by the deadline. Petitioner's motion for an extension of time (Docket No. 5), which the Court construes as a motion to reopen the action, is DENIED. **Any motion to reopen the action must be accompanied by either (1) the filing fee of $5.00, or (2) a complete IFP application.** A complete IFP application includes **all** three of the following: (1) a filled out and signed IFP application form; (2) a certificate of funds signed by an authorized prison officer; and (3) a prison trust account statement showing transactions for the last six months. Once the above requirements are met, the Court will reconsider petitioner's motion to reopen. The Clerk shall terminate Docket No. 5.

**IT IS SO ORDERED**.

DATED: October 26, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**